Stephen Shaiken, Esq. (Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019

Attorney for Defendant,
Myint Lwin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO: CR 06-00594 MMC |
| ) | |
| Plaintiff, ) | [PROPOSED ] STIPULATION |
| ) | TO CONTINUE STATUS vs. |
| ) | CONFERENCE; ORDER THEREON |
| Shun Aun Chee, Myint Mying Lwin, ) | |
| Pamela Yee ) | |
| Defendant, ) | |
| ) | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1.) This matter is set for a status conference on October 10, 2007, at 2:30 p.m.;

2.) Defendants Lwin and Chee intend to file discovery motions;

3.) The parties propose defendants file their motions on or before the close of business on October 15, 2007, the Government will file their reply on or before the close of business on October 31, 2007, and defendants shall file their optional replies on or before the close of business on November 7, 2007.

4.) A hearing on the motions and a status conference shall be held before the court on November 14, 2007 at 2:30 p.m.

  s/Stephen Shaiken              s/Edward Swansen
Attorney for Myint M. Lwin       Attorney for Pamela Yee

  s/Alex Kessel                  s/Robin L. Harris, AUSA
Attorney for Alex Kessler        Attorney for the Government

**SO ORDERED**

_Maxine M. Chesney_
Hon. Maxine M. Chesney, U.S. District Court Judge

Dated: October 3, 2007