| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973) |
| | United States Attorney |
| 2 | |
| | BARBARA J. VALLIERE (DCBN 439353) |
| 3 | Chief, Criminal Division |
| 4 | ROBIN L. HARRIS (CABN 123364) |
| | Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7016 |
| 7 | FAX: (415) 436-7234 |
| | Robin.Harris2@usdoj.gov |
| 8 | |
| | Attorneys for United States of America |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-0594 ~~EXE~~ (MMC) |
| | ) | |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| | ) | |
| v. | ) | AND ORDER THEREON |
| | ) | |
| KHIN HTWE MAUNG, | ) | |
| | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment without prejudice

///

///

///

///

///

///

///

///

NOTICE OF DISMISSAL (CR 06-0594 EXE (MMC))

and moves that the Court quash the arrest warrant issued in connection with this case.

DATED: October 11, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Barbara J. Valliere*

BARBARA J. VALLIERE
Chief, Criminal Division

Leave is granted to the government to dismiss the Indictment. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

Date: October 17, 2017

*/s/ Maxine M. Chesney*

HON. MAXINE M. CHESNEY
United States District Judge

NOTICE OF DISMISSAL (CR 06-0594 EXE (MMC))